# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON EUGENE PERKINS,** | ) NO. CV 19-3221-ODW (KS) |
| **Petitioner,** | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND** |
| | ) **RECOMMENDATIONS OF UNITED** |
| **STATE OF CALIFORNIA,** | ) **STATES MAGISTRATE JUDGE** |
| **Respondent.** | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\
\\

Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; (2) Petitioner's request to file an amended petition is DENIED; (3) the Petition is DENIED; and (4) Judgment shall be entered dismissing this action with prejudice.

DATED: October 29, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE