# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON EUGENE PERKINS,** | NO. CV 19-3221-ODW (KS) |
| **Petitioner,** | |
| v. | **JUDGMENT** |
| **STATE OF CALIFORNIA,** | |
| **Respondent.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 29, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE